May 30, 2012

Paul Anthony Davidson

Towne Hotel

Nassau, New Providence Island

Bahamas

FILED by AJS D.C.

JUN 06 2012

STEVEN M. LARIMORE
CLERK U S. DIST. CT.
S. D. of FLA - MIAMI

Judge Seitz
Federal Courthouse Miami
301 N. Miami Ave
Miami

11-81404-CV

Dear Judge Seitz,
Please accept my sincere apologies for serving the courts late with the accompanying answers. I regret that I have had visa problems and am out of the country which has made correspondence with my attorneys very difficult. Therefore, I have decided to represent myself, at which I do have ample experience and am quite capable of.

At the present time I am compiling a package of evidence to show that Mr. Joseph Parrisi has made completely false claims and lied under oath. I intend to show all the documented evidence relating to the case including a chain of emails, the NDA signed by Mr. Parrisi and the purchase agreement from Coupling Solutions to purchase the patent for $15 million. I believe that this documentation will be sufficient to prove my case and justice will be served.

I am serving the attached papers to the opposing attorneys via email and, when ready, the bundle of evidence will be sent to all interested parties.

Thank you,



Paul Anthony Davidson