UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-81404-CIV-SEITZ/SIMONTON

COUPLING SOLUTIONS, LLC,

Plaintiff,

vs.

PAUL ANTHONY DAVIDSON,,

Defendant.

## ORDER STRIKING EMAILS AND BARRING DEFENDANT FROM EMAILING CHAMBERS DIRECTLY

This matter is before the Court *sua sponte*. Defendant Paul Davidson recently requested to appear in this matter *pro se*. In granting that request, the Court also entered an "Order of Instructions to *Pro se* Litigant" that summarized the rules governing Davidson's conduct as a *pro se* litigant. [DE-59]. The first requirement of those instructions provides that:

> Every pleading, motion, memorandum or other paper required and/or permitted to be filed with the Court must be filed directly to the Clerk of the Court. No letters, pleadings, motions or other documents may be sent directly to the District Judge's or Magistrate Judge's chambers.

Order, ¶1 [DE-59]. The Court warned Davidson that failure to follow the rules "may result in sanctions being imposed against the *pro se* litigant." *Id.* at p. 1. Despite this admonition, between 6:00 PM on July 12, 2012, and 8:01 AM on July 13, 2012, Davidson sent 193 emails directly to the undersigned's chambers' email account. The emails included a lengthy explanation of his position in this case as well as hundreds of documents and other attachments. Sending one or two emails might have constituted an excusable mistake, but

sending 193 emails evinces an unprecedented disregard by Davidson for the Court's rules and Orders. Accordingly, the Court will bar Davidson from emailing any document directly to chambers and all of the emails received by the undersigned from Davidson over the previous twenty-four hours will be stricken. It is

ORDERED THAT

(1) All emails sent by Defendant Paul Davidson to pseitz@flsd.uscourts.gov in the previous twenty-four hours are hereby STRICKEN.

(2) Defendant Paul Davidson is barred from submitting matters directly to chambers at pseitz@flsd.uscourts.gov. Specifically, the email address theno1plumber@yahoo.com and paul@powerfixx.com have been blocked by the Court.

DONE and ORDERED in Miami, Florida, this 13th day of July, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record
Pro Se Parties