UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81404-CIV SEITZ/SIMONTON

**COUPLING SOLUTIONS, LLC,**

    Plaintiff,

v.

**PAUL ANTHONY DAVIDSON,**

    Defendant.
_____/

## ORDER ON DISCOVERY CONFERENCE

This matter came before the Court on an informal telephonic discovery conference held before the undersigned United States Magistrate Judge on July 13, 2012. The conference was held to hear argument on Plaintiff's motion to compel Defendant's responses to Plaintiff's discovery requests (DE # 65). The Honorable Patricia A. Seitz, United States District Judge, has referred all discovery in this case to the undersigned (DE # 48).

At the outset, Plaintiff complains that, since becoming a *pro se* Defendant, Mr. Davidson has failed to maintain with the Court current contact information – specifically, a telephone number – as required by the Order of Instructions to *Pro Se* Litigant (DE # 59). Plaintiff's counsel states that Defendant's failure to provide a telephone number has hampered her efforts to confer regarding the discovery dispute.

As to the dispute, Plaintiff asserts that Defendant has failed to respond to Plaintiff's First Requests for Production (Nos. 1-71), First Set of Requests for Admissions, and First Set of Interrogatories (Nos. 1-5). Plaintiff contends that the discovery requests were served on May 7, 2012, approximately a month before defense counsel withdrew, and that responses were due June 11, 2012 (DE # 66).

At the discovery conference, Defendant stated that he expected to be traveling extensively over the next several weeks, without a definitive schedule.  Moreover, he stated he does not intend to return to the United States and does not have a visa to do so.  The undersigned, however, emphasized the Court's Order of Instructions to *Pro Se* Litigant, which requires Defendant to promptly notify the Court of any change of address.  The Defendant ultimately agreed that he could utilize contact information of a friend in Florida, who would then be able to reach him.  With regard to the discovery dispute, Defendant stated he had provided some responses to discovery requests by email, and that he did not have access to other requested materials because they were in the possession of a third-party.  Therefore, it is hereby

**ORDERED AND ADJUDGED** that, for purposes of efficiently resolving any discovery disputes, Defendant shall adhere to the Order of Instructions to *Pro Se* Litigant (DE # 59).  To this end, Defendant shall provide to the Court on or before August 3, 2012, by postal mail to the Clerk of the Court, and shall also serve to opposing counsel, a Notice of Change of Address containing his contact information, including a postal mailing address, an email address, and a telephone number through which Defendant can be readily contacted for purposes of these proceedings.  In addition, as instructed by the Order of Instructions to *Pro Se* Litigant, Defendant shall promptly notify the Court of any changes to this information during the course of these proceedings.  It is further

**ORDERED AND ADJUDGED** that Plaintiff's motion to compel responses to its discovery requests is **GRANTED**.  Defendant shall serve on Plaintiff written responses to all of Plaintiff's outstanding discovery requests on or before August 3, 2012.  Specifically, Defendant shall either (a) identify the requested information and documents and produce them, including identifying any previously sent emails and their attachments as they correspond with a related discovery request; or (b) where

appropriate, state that Defendant does not have the requested materials in his custody or control.

**DONE AND ORDERED** in Miami, Florida, on July 16, 2012.

*Andrea M. Simonton*
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies furnished via CM/ECF to:**

**The Honorable Patricia A. Seitz,**
      **United States District Judge**
**Counsel of Record**
*Pro Se* **Defendant**