UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-81404-CIV-SEITZ/SIMONTON

COUPLING SOLUTIONS, LLC,

Plaintiff,

vs.

PAUL ANTHONY DAVIDSON,,

Defendant.

## ORDER STRIKING EMAILS AND BARRING DEFENDANT FROM EMAILING CHAMBERS DIRECTLY

This matter is before the Court *sua sponte*. Defendant Paul Davidson is appearing in this matter *pro se*. After Davidson decided to appear *pro se*, the Court entered an "Order of Instructions to *Pro se* Litigant" that summarized the rules governing Davidson's conduct as a *pro se* litigant. [DE-59]. The first requirement of those instructions provides that:

> Every pleading, motion, memorandum or other paper required and/or permitted to be filed with the Court must be filed directly to the Clerk of the Court. No letters, pleadings, motions or other documents may be sent directly to the District Judge's or Magistrate Judge's chambers.

Order, ¶1 [DE-59]. The Court warned Davidson that failure to follow the rules "may result in sanctions being imposed against the *pro se* litigant." *Id.* at p. 1. Despite this admonition, between 6:00 PM on July 12, 2012, and 8:01 AM on July 13, 2012, Davidson sent 193 emails directly to the undersigned's chambers' email account. The Court struck those emails, barred Defendant from emailing any document directly to chambers, and blocked Defendant's email addresses. On August 21, 2012, despite the prior Court Orders, the Court received two emails from email address samstld@bellsouth.net, which appeared to be sent on behalf of Defendant

Paul Davidson. Additionally, two emails were sent to the Court from email address thenolplumber@yahoo.com, an email address previously blocked by the Court. Given Defendant's unwillingness to comply with Court Orders, it is

ORDERED THAT

(1) All emails sent by Defendant Paul Davidson or on behalf of Paul Davidson to seitz@flsd.uscourts.gov in the previous twenty-four hours are hereby STRICKEN.

(2) If Defendant Paul Davidson continues to ignore Court Orders, the Court will strike Defendant's Answer and Affirmative Defenses and enter a default against Defendant.

DONE and ORDERED in Miami, Florida, this 21st day of August, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record