**UNITED STATES DISTRICT COURT**

400 NORTH MIAMI AVENUE
ROOM 11-4
MIAMI, FLORIDA 33128-1810

PATRICIA A. SEITZ
DISTRICT JUDGE                                                                                                                 (305) 523-5530

September 4, 2012

Daniel Zabaleta
Engineering and Design
Powerfixx LLC
540 E. McNab Road
Pompano Beach, FL 33060

sent via U.S. Mail and email to daniel@powerfixx.com

      RE: Case No. 11-CV-81404, *Coupling Solutions, LLC v. Paul Anthony Davidson*

Dear Mr. Zabaleta:

      The Court is in receipt of your August 30, 2012 email sent to seitz@flsd.uscourts.gov. This letter is to put you on notice that parties are prohibited from emailing a Judge's chambers, except in limited circumstances. The Court's electronic case filing rules, prohibit the use of the seitz@flsd.uscourts.gov email address for anything other than the submission of proposed findings of fact and conclusions of law, jury instructions, and proposed orders. *See* Electronic Case Filing Rule 3I(6). The email you forwarded to the Court does not constitute proposed findings of fact and conclusions of law, jury instructions, and proposed orders. Thus, forwarding an email on behalf of Mr. Davidson, a party in the above-referenced case, violates that prohibition. Accordingly, the Court is striking the email.

      Furthermore, the Court has previously warned Mr. Davidson that email is not an appropriate method for communicating with the Court. All emails received from Mr. Davidson or from others who have sent the emails on Mr. Davidson's behalf have been stricken. If you continue to send emails to the Court on Mr. Davidson's behalf, you will be in violation of Court rules and Court orders. For your reference, I have enclosed copies of three Court orders striking Mr. Davidson's emails.

                                              Sincerely yours,

                                              Patricia A. Seitz

Enclosures

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-81404-CIV-SEITZ/SIMONTON

COUPLING SOLUTIONS, LLC,

Plaintiff,

vs.

PAUL ANTHONY DAVIDSON,,

Defendant.

## ORDER STRIKING EMAILS AND BARRING DEFENDANT FROM EMAILING CHAMBERS DIRECTLY

This matter is before the Court *sua sponte*. Defendant Paul Davidson recently requested to appear in this matter *pro se*. In granting that request, the Court also entered an "Order of Instructions to *Pro se* Litigant" that summarized the rules governing Davidson's conduct as a *pro se* litigant. [DE-59]. The first requirement of those instructions provides that:

> Every pleading, motion, memorandum or other paper required and/or permitted to be filed with the Court must be filed directly to the Clerk of the Court. No letters, pleadings, motions or other documents may be sent directly to the District Judge's or Magistrate Judge's chambers.

Order, ¶1 [DE-59]. The Court warned Davidson that failure to follow the rules "may result in sanctions being imposed against the *pro se* litigant." *Id.* at p. 1. Despite this admonition, between 6:00 PM on July 12, 2012, and 8:01 AM on July 13, 2012, Davidson sent 193 emails directly to the undersigned's chambers' email account. The emails included a lengthy explanation of his position in this case as well as hundreds of documents and other attachments. Sending one or two emails might have constituted an excusable mistake, but

sending 193 emails evinces an unprecedented disregard by Davidson for the Court's rules and Orders. Accordingly, the Court will bar Davidson from emailing any document directly to chambers and all of the emails received by the undersigned from Davidson over the previous twenty-four hours will be stricken. It is

ORDERED THAT

(1)   All emails sent by Defendant Paul Davidson to pseitz@flsd.uscourts.gov in the previous twenty-four hours are hereby STRICKEN.

(2)   Defendant Paul Davidson is barred from submitting matters directly to chambers at pseitz@flsd.uscourts.gov. Specifically, the email address theno1plumber@yahoo.com and paul@powerfixx.com have been blocked by the Court.

DONE and ORDERED in Miami, Florida, this 13th day of July, 2012.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record
      Pro Se Parties

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-81404-CIV-SEITZ/SIMONTON

COUPLING SOLUTIONS, LLC,

Plaintiff,

vs.

PAUL ANTHONY DAVIDSON,,

Defendant.

## ORDER STRIKING EMAILS AND BARRING DEFENDANT FROM EMAILING CHAMBERS DIRECTLY

This matter is before the Court *sua sponte*. Defendant Paul Davidson is appearing in this matter *pro se*. After Davidson decided to appear *pro se*, the Court entered an "Order of Instructions to *Pro se* Litigant" that summarized the rules governing Davidson's conduct as a *pro se* litigant. [DE-59]. The first requirement of those instructions provides that:

> Every pleading, motion, memorandum or other paper required and/or permitted to be filed with the Court must be filed directly to the Clerk of the Court. No letters, pleadings, motions or other documents may be sent directly to the District Judge's or Magistrate Judge's chambers.

Order, ¶1 [DE-59]. The Court warned Davidson that failure to follow the rules "may result in sanctions being imposed against the *pro se* litigant." *Id.* at p. 1. Despite this admonition, between 6:00 PM on July 12, 2012, and 8:01 AM on July 13, 2012, Davidson sent 193 emails directly to the undersigned's chambers' email account. The Court struck those emails, barred Defendant from emailing any document directly to chambers, and blocked Defendant's email addresses. On August 21, 2012, despite the prior Court Orders, the Court received two emails from email address samstld@bellsouth.net, which appeared to be sent on behalf of Defendant

Paul Davidson. Additionally, two emails were sent to the Court from email address thenolplumber@yahoo.com, an email address previously blocked by the Court. Given Defendant's unwillingness to comply with Court Orders, it is

ORDERED THAT

(1) All emails sent by Defendant Paul Davidson or on behalf of Paul Davidson to seitz@flsd.uscourts.gov in the previous twenty-four hours are hereby STRICKEN.

(2) If Defendant Paul Davidson continues to ignore Court Orders, the Court will strike Defendant's Answer and Affirmative Defenses and enter a default against Defendant.

DONE and ORDERED in Miami, Florida, this ___ day of August, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-81404-CIV-SEITZ/SIMONTON

COUPLING SOLUTIONS, LLC,

Plaintiff,

vs.

PAUL ANTHONY DAVIDSON,,

Defendant.

## ORDER STRIKING EMAILS AND BARRING DEFENDANT FROM EMAILING CHAMBERS DIRECTLY

This matter is before the Court *sua sponte*. Defendant Paul Davidson is appearing in this matter *pro se*. After Davidson decided to appear *pro se*, the Court entered an "Order of Instructions to *Pro se* Litigant" that summarized the rules governing Davidson's conduct as a *pro se* litigant. [DE-59]. The first requirement of those instructions provides that:

> Every pleading, motion, memorandum or other paper required and/or permitted to be filed with the Court must be filed directly to the Clerk of the Court. No letters, pleadings, motions or other documents may be sent directly to the District Judge's or Magistrate Judge's chambers.

Order, ¶1 [DE-59]. The Court warned Davidson that failure to follow the rules "may result in sanctions being imposed against the *pro se* litigant." *Id.* at p. 1. Despite this admonition, between 6:00 PM on July 12, 2012, and 8:01 AM on July 13, 2012, Davidson sent 193 emails directly to the undersigned's chambers' email account. The Court struck those emails, barred Defendant from emailing any document directly to chambers, and blocked Defendant's email addresses. On August 21, 2012, despite the prior Court Orders, the Court received two emails from email address samstld@bellsouth.net, which appeared to be sent on behalf of Defendant

Paul Davidson. Additionally, two emails were sent to the Court from email address theno1plumber@yahoo.com, an email address previously blocked by the Court. Finally, on August 30, 2012, the Court received and email sent from daniel@powerfixx.com that stated that it was being forwarded to the Court on behalf of Mr. Davidson. Given Defendant's unwillingness to comply with Court Orders, it is

ORDERED THAT

(1) All emails sent by Defendant Paul Davidson or on behalf of Paul Davidson to pseitz@flsd.uscourts.gov are hereby STRICKEN.

(2) If Defendant Paul Davidson continues to ignore Court Orders, the Court will strike Defendant's Answer and Affirmative Defenses and enter a default against Defendant.

DONE and ORDERED in Miami, Florida, this 4² day of September, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record
Paul Davidson via email at theno1plumber@yahoo.com

2