2012 SEP -7 PM 4: 34

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

## Case No. 11-81404-CIV-SEITZ/SIMONTON

**COUPLING SOLUTIONS, LLC,**
a business entity organized under the
Laws of the State of Florida,

Plaintiff,

vs.

**PAUL ANTHONY DAVIDSON,**

Defendant.



FILED by RAL D.C.

SEP 10 2012

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S. D. of FLA. - MIAMI

## RE: MOTION TO STRIKE PLEADINGS AND ENTER DEFAULT AGAINST DEFENDANT FOR FAILURE TO PARTICIPATE IN MEDIATION

Good Afternoon All,

Reference is made to the captioned matter together with the attached documents.

1. Firstly, I have never refused to attend Mediation with the captioned parties. I simply stated that I didn't agree with it as it is being mediated by someone who himself stated that he is not certified.

2. Further, time and time again I have indicated to the Plaintiff's attorney and to the court that I have made countless attempts to obtain a travel visa to the United States to attend, all of which have been denied.

3. It is my belief that this case is far too complicated to be heard by someone who is not

Case 9:11-cv-81404-PAS Document 75 Entered on FLSD Docket 08/29/2012 Page 2 of 2

certified. However, if the court decides this is the way forward, of course I will make myself available by video conference or some other alternative means in light of the difficulties I have been having as indicated above.

4. I will respectfully request the court to order that the Plaintiff has the following delivered to me:
    a. Bank statements and the cash book for where the money for the project was spent (this will demonstrate clearly that the money was not spent on the project),
    b. A certified copy of the manuscript note that the deal was based on,
    c. Copies of the budget submitted to Blake Stevenson the investor,
    d. Copies of Joseph Parisi Passport (which will prove that I never met him as he was out of the country prior to the pipe coupling being invented as he stated under oath that he invented it and I went and patented it without telling him).

All of the aforementioned has been requested on several occasions and totally ignored by the Plaintiff and his attorneys. Also we would like to depose the Parisi's, Blake Stevenson, Tom O'donnnell and Bill Sands.

5. Finally, as justice must not only be done but also seen to be done, I vehemently oppose the relief being sought by the Plaintiff in the attached documents. If the relief sought is granted, this will put me in an impossible situation. I have disclosed all that was within my power to disclose and have not had one thing disclosed that I requested or a reason why these could not be disclosed. As already indicated, due to circumstances beyond my control I am not able to attend the mediation personally but will be more than happy to attend as indicated.

I await your response.

Many thanks.

Paul Davidson

9=4=2012

PACKAGE LABEL 800252299360

COMMERCIAL INVOICE LABEL 800252299360

DELIVERY RECORD LABEL 800252299360

DELIVERY REATTEMPT LABEL

# FedEx Express International Air Waybill

Origin Copy

FedEx Tracking Number 8002 5229 9360 Form ID No. 0402

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**1 From**

Date 090612 Sender's FedEx Account Number

Sender's Name PAUL DAVIDSON Phone 242-636-1649

Company CANDUATION

Address WEST STREET

Address

City NASSAU State Province

Country BAHAMAS ZIP Postal Code

**2 To**

Recipient's Name WILLIED FERGUSON Phone 305 523 5531

Company UNITED STATES COURTHOUSE

Address 400 NORTH MIAMI AVENUE Dept/Floor

Address ROOM 11-4

City MIAMI State Province FLORIDA

Country AMERICA ZIP Postal Code FL33128

Recipient's Tax ID Number for Customs Purposes
e.g. GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information**

☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages Shipper's Load and Count/SLAC 1

Total Weight 5 ☑ lbs. ☐ kg DIM / / ☐ in. ☐ cm

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| Doc | | | |

**Has EEI been filed in AES?** *For U.S. Export Only: Check One*

☐ No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.

☐ No EEI required, enter exemption number: If other than NLR, enter License Exception:

☐ Yes – Enter AES proof of filing citation:

Total Declared Value for Carriage

Total Value for Customs (Specify Currency)

**4 Express Package Service**

*Packages up to 150 lbs. / 68 kg* — For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

1 ☑ FedEx Intl. Priority
6 ☐ FedEx Intl. First — Available to select locations.
☐ ________
3 ☐ FedEx Intl. Economy — FedEx Envelope and FedEx Pak rate not available.

**5 Packaging**

*These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.

6 ☑ FedEx Envelope 2 ☐ FedEx Pak 3 ☐ FedEx Box 4 ☐ FedEx Tube
1 ☐ Other ______ PW ☐ FedEx 10kg Box* PX ☐ FedEx 25kg Box*

**6 Special Handling**

1 ☐ HOLD at FedEx Location 3 ☐ SATURDAY Delivery — Available to select locations for FedEx Intl. Priority only.

**7 Payment**

Complete payment options for both transportation charges and duties and taxes.

*Bill transportation charges to:* Enter FedEx Acct. No. or Credit Card No. below.

1 ☐ Sender Acct. No. in Section 1 will be billed. 2 ☐ Recipient 3 ☐ Third Party 4 ☐ Credit Card 5 ☐ Cash Check/Cheque Total Transportation

FedEx Acct. No. [redacted] $26.00 Specify Currency

Credit Card Exp. Date

ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

*Bill duties and taxes to:* Enter FedEx Acct. No. below.

1 ☐ Sender Acct. No. in Section 1 will be billed. 2 ☐ Recipient 3 ☐ Third Party 5 ☐ Cash Check/Cheque

FedEx Acct. No.

**8 Your Internal Billing Reference** — First 24 characters will appear on invoice.

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. **WARNING:** These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

*This is not authorization to deliver this shipment without a recipient signature.*

Received above shipment in good order and condition. We agree to pay all charges, including Customs duties and taxes as applicable, and we agree to the Conditions of Carriage as stated on the reverse side of the Recipient's Copy.

Recipient's Signature:

568

PART 158409 Rev. Date 11/08 ©1994–2008 FedEx PRINTED IN U.S.A. RRDA

| Origin Station ID | Country Code/Destination Station ID | URSA Routing | Handling Units |
|---|---|---|---|
| USA | MYBA | 3C | |

Total Volume (cm)

Received At: 1 ☐ Reg. Stop 2 ☐ On-Call Stop 3 ☐ Drop Box 4 ☐ World Service Center 5 ☑ Station

Forms Attached: ☐ CI ☐ CO

Base Charges — Declared Val. Chrg. — Other — ODA/OPA — Credit Card Auth.

FedEx Emp. # — Audit Emp. # — Date — Time — Del. Courier Emp. # — Date — Time

02/12