**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 11-81404-CIV-SEITZ/SIMONTON

**COUPLING SOLUTIONS, LLC**, a business entity organized under the Laws of the State of Florida,

      Plaintiff,

vs.

**PAUL ANTHONY DAVIDSON,**

      Defendant.

## OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (DKT. NO. 88)

Plaintiff Coupling Solutions, LLC ("Plaintiff"), through counsel, hereby files its opposition to Defendant Paul Anthony Davidson's ("Defendant") Motion to Dismiss Complaint (Dkt. No. 88), and in support thereof states as follows:

Defendant's Motion appears to be premised on the theory argument that the U.S. Constitution provides exclusive jurisdiction for patent disputes "in the patent courts." This case is more than a dispute concerning assignment of patents, it involves several claims relating to the damages caused by Defendant, all of which are properly brought in this court. What is more, the U.S. Constitution does not provide for "patent courts." The U.S. District Court has exclusive jurisdiction over patent matters. *See* 28 U.S.C. §§1331, 1338.

WHEREFORE, Defendant respectfully requests Plaintiff's Motion be denied, and for other relief as this Court deems just and proper.

1

Dated: October 5, 2012 .   /s/Allison R. Imber
Brian R. Gilchrist, FL Bar No. 774065
bgilchrist@addmg.com
Ryan T. Santurri, FL Bar No. 015698
rsanturri@addmg.com
Allison R. Imber, FL Bar No. 44233
aimber@addmg.com
**Allen, Dyer, Doppelt, Milbrath**
**& Gilchrist, P.A.**
255 South Orange Avenue, Suite 1401
Orlando, FL  32801
Telephone:    407-841-2330
Facsimile:    407-841-2343

*Attorneys for Plaintiff*
*Coupling Solutions, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2012, pursuant to the Court's Order concerning electronic service of discovery, a true and correct copy has been sent by e-mail transmission as indicated below.

                                              */s/Allison R. Imber*
                                              Allison R. Imber, FL Bar No. 44233

## SERVICE LIST

Paul Anthony Davidson
theno1plumber@yahoo.com
paul@powerfixx.com
leroidacher@gmail.com
samstld@bellsouth.net
540 Mc Nab Road, Suite C
Pompano Beach, Florida 33060
Land line:    954-543-8471
Mobile:      424-362-6325

*Pro Se* Defendant